NSK LTD. AND NSK CORP., PLAINTIFFS *v.* UNITED STATES, ET AL.,
DEFENDANTS, AND TORRINGTON CO., DEFENDANT-INTERVENOR

Consolidated Court No. 95–03–00239

(Dated September 25, 1995)

## ORDER

TSOUCALAS, *Judge:* Upon consideration of the Unopposed Motion of Izumoto Seiko Co., Ltd. ("Izumoto") for expedited correction of ministerial errors and the record (including the underlying action *Izumoto Seiko Co., Ltd. v. United States,* Court No. 95–03–00331), it is hereby

ORDERED that Izumoto's motion is granted; and it is further

ORDERED that the Department of Commerce, International Trade Administration ("ITA") is directed to correct the ministerial errors with respect to Izumoto contained in *Antifriction Bearings (Other Than Tapered Roller Bearings) and Parts Thereof from France, et al.; Final Results of Antidumping Duty Administrative Reviews,* 60 Fed. Reg. 10,900 (Feb. 28, 1995) including the erroneous calculation of a negative US sales price ("USP") for certain observations of Izumoto and the erroneous calculation of MOVT which improperly included such expenses in Japan; and it is further

ORDERED that ITA shall publish amended Final Results incorporating these corrections in the Federal Register within forty-five (45) days of the entry of this order.